# United States District Court
## Southern District of Indiana

**Laura A. Briggs,**
Clerk of the Court

105 U.S. Courthouse
46 East Ohio Street
Indianapolis, Indiana
46204

921 Ohio Street
Terre Haute, Indiana
47807

1-14-cr-202-SEB-DKL

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

*CLERK, U.S. DISTRICT COURT*
*DISTRICT OF NEW JERSEY*
*RECEIVED*
*2014 OCT 10 PM 1:00*

*FILED*
*OCT 31 2014*
*U.S. CLERK'S OFFICE*
*INDIANAPOLIS, INDIANA*

October 7, 2014

USDC District of New Jersey
M. L. King Jr. Federal Bldg
50 Walnut Street Newark, NJ

RE:            USA vs    John Rex Powell
Your Case No.  EP 14-cr-567 (JLL)
Our Case No.   1-14-cr-201-SEB-DKL

Dear Clerk:

The above case has been received from the Clerk, United States District Court for the Southern District of Indiana under Rule 20, 14-cr-567, which has been numbered as above and assigned to the docket of Judge Sarah E. Barker under cause 1-14-cr-201-SEB-DKL.

Please acknowledge receipt on the copy of this letter.

Laura A. Briggs, Clerk

by:    s/ Cecily Mount

Deputy Clerk

cc: USA, USM, Defense Counsel